IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVINS LEGGANS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:12-cv-1203-DGW |
| THOMAS STUCK, and LT. LAMB, | ) |
| Defendant. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Dismiss filed by Plaintiff, Kevin Leggans, on February 26, 2013 (Doc. 20). No Defendant has filed an Answer or Motion for Summary Judgment. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this matter is **DISMISSED WITHOUT PREJUDICE**.

**DATED: March 14, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**